**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **TODD M. JOHNSON, SR.**    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:00cv1556(DJS) |
| **JOSEPH GANIM, ET AL**    **Defendants** | : |

**ORDER**

Based upon the ruling on August 27, 2003 by the U.S. Court of Appeals for the Second Circuit remanding this case, in part, back to the District Court, the remaining defendant, Ron Rapice, and the plaintiff shall file their trial memorandum per the attached order by **June 25, 2004.** This case shall be trial ready **July, 2004**.

If the parties feel that a settlement conference would be beneficial, then they shall call chambers immediately to set such a conference down. The settlement conference shall not delay any of the scheduled dates as stated above.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___5th___ day of February, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge