FILED

2004 JUN 25 A 11: 44

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD JOHNSON | : | |
|     Plaintiff, | : | CIV. NO. 3:00CV1556 (DJS) |
| vs. | : | |
| JOSEPH GANIM, ET AL | : | |
|     Defendants | : | JUNE 23, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following documents: **"Defendant's Amended Trial Memorandum; Defendant Ronald Rapice's Proposed Voir Dire Questions; Defendants' Proposed Request to Charge; and Defendant's Evidentiary Memorandum Nos. 1, 2, 3, 4, 5, 6, 7, and 8."**

This document has not been filed electronically because:

☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document y Court order

The document has been manually served on all parties.

THE DEFENDANT

By: _____
John R. Mitola
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel.#203/576-7647/Fed. Bar #04017

## CERTIFICATION

This is to certify that a copy of the foregoing Notice Of Manual Filing has been mailed, postage prepaid, this 23rd day of June, 2004, to: John R. Williams, Esq., Williams & Pattis, 51 Elm Street, Suite 409, New Haven, Connecticut 06510.

John R. Mitola
Commissioner of the Superior Court