FILED

2004 JUN 25 A 11: 44

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD JOHNSON | : | NO.: 3:00CV1556 (DJS) |
| Plaintiff | : | |
| VS. | : | |
| JOSEPH GANIM, et al | : | |
| Defendants | : | JUNE 23, 2004 |

## DEFENDANT RONALD RAPICE'S PROPOSED VOIR DIRE QUESTIONS

1. Have you ever been a party to a lawsuit? If the response is in the affirmative, please briefly describe the type of suit.

2. Do you hold the opinion that just because an individual brings a lawsuit that he or she is automatically entitled to money?

3. Do you believe in the proposition that the individual who brings the lawsuit has the burden of proof, that is has the burden to prove his or her allegations as alleged in his or her complaint?

4. This is a lawsuit for a claimed violation of the First Amendment brought against a City Official. Is there any reason why you would have difficulty being completely fair and neutral in such a case?

5. Does anyone sitting here today have an opinion either positive or negative about former Bridgeport Mayor Joseph P. Ganim? If so, please state that opinion.

6. Would your opinions of former Mayor Joseph P. Ganim effect your ability to be fair and neutral in this case? In other words, would you be inclined to rule against Defendant Ronald Rapice or for Defendant Rapice before you heard any evidence in this case?

7. Would you treat the Defendant Rapice, differently from that of an individual defendant just because he was employed by the City of Bridgeport? In other words, does Rapice start off with an advantage or a disadvantage in this lawsuit because he was employed by the City of Bridgeport?

8. Would you agree to follow the Judge's instructions of law even though you may disagree with what the law is in this particular case? In other words, if you are chosen as a juror in this case your duty is to listen to the Judge's instructions on the law and follow them even if you disagree with what the Judge is telling you. If, in fact, you had such a disagreement would you nevertheless still put aside your disagreement and own beliefs and follow the Judge's instructions?

H-JRM#16-04-R

9. Do you know any of the parties in this case or have you read or heard anything about this case?

10. Please state your employment.

11. If you are married, please state your spouse's employment.

12. If you are chosen as a juror in this case and after hearing all the evidence you believe the plaintiff has not proven his case, would you have any difficulty rendering a verdict for the defendant in this matter?

> THE DEFENDANT,
> RONALD RAPICE
>
> BY: _____
> John R. Mitola
> Associate City Attorney
> Office Of The City Attorney
> 999 Broad Street
> Bridgeport, Connecticut 06604
> Telephone No.: (203) 576-7647
> CT FED BAR NO.: 04017

H-JRM#16-04-R

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of June, 2004, to John R. Williams, Esq., Williams & Pattis, 51 Elm Street, Suite 409, New Haven, Connecticut 06510.

John R. Mitola
Commissioner of the Superior Court

H-JRM#16-04-R