UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TODD M. JOHNSON, SR.
    Plaintiff

v.      : CIVIL NO.: 3:00cv1556(DJS)

JOSEPH GANIM, ET AL
    Defendants

FILED
2004 JUN 30 A 10: 13
U.S. DISTRICT COURT
HARTFORD, CT.

ORDER OF REFERENCE TO
A UNITED STATES MAGISTRATE JUDGE

In the interest of justice, the above identified case is hereby referred to <u>Thomas P. Smith</u>, United States Magistrate Judge for all purposes, including trial. The parties have consented to their case being heard before a magistrate judge in their separate trial memorandums dated October 9, 2001 (Doc. #22) and June 21, 2004 (Doc. #51).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this __29th__ day of June, 2004.

        /s/DJS
        Dominic J. Squatrito
        United States District Judge

AO 72A
(Rev.8/82)