**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **TODD M. JOHNSON, SR.**<br>   **Plaintiff** | : |
| v. | : CIVIL NO.: 3:00cv1556(DJS) |
| **JOSEPH GANIM, ET AL**<br>   **Defendants** | : |

**ORDER**

It is hereby **ORDERED** that the referral of the above-referenced case to Magistrate Judge Thomas P. Smith dated June 29, 2004 (Doc. #53) is hereby **VACATED.**

   **IT IS SO ORDERED.**

   Dated at Hartford, Connecticut this  5th   day of October, 2004.


                                          /s/DJS
                                          Dominic J. Squatrito
                                          United States District Judge