UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TODD M. JOHNSON, SR.**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:00cv1556(DJS) |
| **JOSEPH GANIM, ET AL**<br>    Defendants | : |

### ORDER OF REFERENCE TO
### A UNITED STATES MAGISTRATE JUDGE

In the interest of justice, the above identified case is hereby referred to Donna F. Martinez, United States Magistrate Judge for all purposes, including trial. The parties have consented to their case being heard before a magistrate judge in their separate trial memorandums dated October 9, 2001 (Doc. #22) and June 21, 2004 (Doc. #51).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this   5th    day of October, 2004.

 /s/DJS
Dominic J. Squatrito
United States District Judge