UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD M. JOHNSON, SR. | : | |
| | : | |
| V. | : | NO. 3:00CV01556 (DFM) |
| | : | |
| RON RAPICE | : | JUNE 2, 2005 |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

    1. This is a lawsuit for violation of First Amendment rights brought by a terminated employee of the City of Bridgeport against an official of that city. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

    2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

    3. Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against those they believe to be responsible? If so, please explain.

    4. Have you or has anyone close to you ever been the victim of employment discrimination?

    5. Have you or anyone close to you ever lost a job for reasons you considered to be unfair?

6.  Has anyone here or anyone close to you ever been employed by any other Governmental unit in the State of Connecticut or elsewhere?

7.  Do you know or have you read anything or heard anything about this case?

8.  Has anyone here ever served as an appointed or elected official of state, city or local Government?

9.  Has anyone here or anyone close to you ever been involved in any political campaigns or elections?  If so, please provide details.

10.  Has anyone here or any close to you ever been employed by an attorney?

11.  Would you tend to favor one side or the other in this case without regard to the evidence which may be presented?

12.  Have you, or has anyone close to you, ever been a party to a lawsuit?  If so, please explain.

13.  Where are you employed?

14.  If you are married, where is your spouse employed?

                THE PLAINTIFF

                BY_____
                      JOHN R. WILLIAMS (ct00215)
                      51 Elm Street, Suite 409
                      New Haven, CT 06510
                      (203) 562-9931
                      Fax: (203) 776-9494
                      E-Mail: jrw@johnrwilliams.com
                      His Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was transmitted to John Mitola, Esq., Office of the City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.

_____
JOHN R. WILLIAMS