UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD M. JOHNSON, SR. | : NO. 300CV01566 (DFM) |
| V. | : |
| JOSEPH GANIM, RONALD RAPICE AND CITY OF BRIDGEPORT | : |
| | : |

## PROPOSED VERDICT FORM JUROR INTERROGATORIES FILED BY DEFENDANT

1. Do you find that the plaintiff proved by a fair preponderance of the evidence that he suffered an adverse employment decision against him?

   YES ( )

   NO ( )

   (IF YOU ANSWERED "YES" TO THIS QUESTION PLEASE PROCEED TO THE NEXT QUESTION. IF YOU ANSWERED "NO" PLEASE PROCEED TO THE DEFENDANT'S VERDICT FORM AND ENTER A VERDICT FOR THE DEFENDANT RAPICE AND STOP YOUR DELIBERATIONS)

1

2. Do you find that the plaintiff proved by a fair preponderance of the evidence that the speech exercised by the plaintiff was the motivating factor in the adverse employment decision rendered against the plaintiff and that said adverse employment decision was made by defendant for impermissible reasons?

      YES ( )

      NO   ( )

**(IF YOUR ANSWERED "YES" TO THIS QUESTION PLEASE PROCEED TO THE NEXT QUESTION. IF YOU ANSWERED "NO" TO THIS QUESTION PLEASE PROCEED TO THE DEFENDANT'S VERDICT FORM AND ENTER A VERDICT FOR THE DEFENDANT RAPICE AND STOP YOUR DELIBERATIONS).**

3. Do you find that the plaintiff proved by a fair preponderance of the evidence that defendant's actions were the proximate cause of the damage plaintiff allegedly suffered?

      YES ( )

      NO  ( )

**(IF YOU ANSWERED "YES" TO THIS QUESTION PLEASE PROCEED TO THE NEXT QUESTION. IF YOU ANSWERED "NO" TO THIS QUESTION PLEASE PROCEED TO THE DEFENDANT'S VERDICT FORM AND ENTER A VERDICT FOR THE DEFENDANT AND STOP YOUR DELIBERATIONS)**

4. Do you find that the plaintiff proved by a fair preponderance of the evidence that defendant Rapice acted intentionally and/or recklessly to deprive plaintiff of his constitutional right to free speech?

      YES ( )

      NO  ( )

3

(IF YOU ANSWERED "YES" TO THIS QUESTION PLEASE PROCEED TO THE NEXT QUESTION. IF YOU HAVE ANSWERED "NO" ENTER A VERDICT FOR THE DEFENANT RAPICE AND STOP YOUR DELIBERATIONS).

5. Do you find that the defendant would have made the same adverse employment decision even in the absence of the plaintiff's protected speech?

   YES ( )

   NO  ( )

   (IF YOU ANSWERED "YES" TO THIS QUESTION PLEASE PROCEED TO THE DEFENDANT'S VERDICT FORM AND ENTER A VERDICT FOR THE DEFENDANT RAPICE AND STOP YOUR DELIBERATIONS. IF YOU ANSWERED "NO" TO THIS QUESTION PLEASE PROCEED TO THE NEXT QUESTION)

(FOR THE BENEFIT OF THE COURT PLEASE ANSWER THE FOLLOWING QUESTIONS)

6. Do you find that the defendant has proven by a preponderance of the evidence that defendant's prediction of the disruption that the speech (the letter) would have caused was reasonable?

      YES ( )

      NO ( )

**(PLEASE ANSWER THE NEXT QUESTION)**

7. Do you find that the defendant Rapice suspended and then terminated plaintiff not in retaliation for the employee's speech but because of the potential for disruption?

      YES ( )

      NO ( )

**QUALIFIED IMMUNITY**

**(PLEASE ONLY ANSWER THE FOLLOWING QUESTIONS IF YOU ANSWERED "YES" TO QUESTIONS NUMBERS 1, 2, 3 AND 4 ABOVE AND "NO" TO QUESTION NUMBER 5 ABOVE)**

5

1. Do you find that the defendant Rapice has proven by a preponderance of the evidence that it was objectively reasonable for Rapice to believe that his actions did not violate any clearly established right of the plaintiff or, in other words, that a reasonable public official in Rapice's position would believe his conduct to be lawful?

   YES ( )

   NO  ( )

   (IF YOU ANSWERED "YES" TO THIS QUESTION THEN PROCEED TO THE DEFENDANT'S VERDICT FORM AND ENTER A VERDICT FOR THE DEFENDANT. IF YOU ANSWERED "NO" TO THIS QUESTION THEN YOU MAY PROCEED TO THE PLAINTIFF'S VERDICT FORM AND CONSIDER IF ANY DAMAGES SHOULD BE AWARDED TO THE PLAINTIFF).