UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD M. JOHNSON, SR. | : | |
| | : | |
| VS. | : | NO. 3:00CV1556(DFM) |
| | : | |
| RONALD RAPICE | : | JULY 4, 2005 |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The plaintiff respectfully applies for a writ of habeas corpus ad testificandum, directed to the Attorney General of the United States, commanding him to produce the body of Joseph Ganim to testify as a witness at the trial of this action on August 1, 2005. In support of this application, the plaintiff represents:

1. Joseph Ganim is a sentenced inmate in the custody of the Attorney General, having been sentenced by this court (Arterton, J.) on an earlier occasion, all as appears of record.

2. Joseph Ganim is scheduled to testify as a witness in the presentation of the plaintiff's case, having been so designated in the Joint Trial Memorandum.

3. The defendant has not objected to such testimony, which will be as set forth in the said memorandum and is relevant to this matter and cannot be

1

obtained in any other way.

                    THE PLAINTIFF

BY:_____
     JOHN R. WILLIAMS (ct00215)
     51 Elm Street
     New Haven, CT 06510
     203/562-9931
     FAX: 203/776-9494
     E-Mail: jrw@johnrwilliams.com
     His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was transmitted to John R. Mitola, Esq., Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604 [mitolj0@ci.bridgeport.ct.us].

_____
JOHN R. WILLIAMS