```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
```

TODD M. JOHNSON,                  :
                                  :
    Plaintiff,                    :
                                  :
    v.                            :     CASE NO. 3:00CV1556 (DFM)
                                  :
JOSEPH GANIM, et al.,             :
                                  :
    Defendants.                   :

### ENDORSEMENT RULING

The plaintiff's Application for Writ of Habeas Corpus Ad Testificandum (doc. #66) is denied without prejudice. Upon re-filing, the plaintiff shall attach to his application a form Writ of Habeas Corpus Ad Testificandum for the court's signature. The plaintiff is placed on notice that he will be responsible for all expenses related to the transportation of prisoner witnesses from prison to the courthouse and back. These expenses include any lodging at a local jail that might be needed to accommodate the transportation of the witness. The expenses must be paid in advance. The plaintiff may contact the United States Marshall's Office for an estimate of the cost.

SO ORDERED at Hartford, Connecticut this 19th day of July, 2005.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge