UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD M. JOHNSON, SR. | : |
| VS. | : NO. 3:00CV1556(DFM) |
| RONALD RAPICE | : AUGUST 3, 2005 |

### PROPOSED JURY INTERROGATORIES

1. Has the defendant Ronald Rapice proved by a preponderance of the evidence that a reasonable city labor relations official in 1999 could have believed that it was not unconstitutional to punish a city employee for sending a letter, critical of the Mayor, to the Office of the United States Attorney?

   Yes_____      No_____

2. Has the defendant Ronald Rapice proved by a preponderance of the evidence that a reasonable city labor relations official in 1999 could have believed that it was not unconstitutional to punish a city employee for sending the letter which the plaintiff Todd Johnson sent to the Office of the United States Attorney?

   Yes_____      No_____

1

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was handed to John R. Mitola, Esq., Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604 [mitolj0@ci.bridgeport.ct.us].

_____
JOHN R. WILLIAMS

2