COURT'S EXHIBIT 2
Full RKW 8/3/05
3:00CV1556(DFM)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TODD JOHNSON,  :
    Plaintiff,  :
    v.  :  CASE NO. 3:00CV1556 (DFM)
RONALD RAPICE,  :
    Defendants.  :

## JURY VERDICT FORM AND SPECIAL INTERROGATORIES

I. **LIABILITY**

    A.  Did the plaintiff Johnson prove by a preponderance of the evidence that his speaking out on matters of public concern in the January 7, 1999 letter was a substantial or motivating factor in the defendant's decision to suspend or terminate his employment?

        YES ✓                      NO _____

*If your answer to Question I.A. is "Yes," please continue to Section II.*

*If your answer to Question I.A. is "No," then the plaintiff is not entitled to damages on this claim. Do not complete Sections II, III or IV. Sign and date the form on page 2.*

II. **SPECIAL INTERROGATORIES**

    A.  If you answered "Yes" to Question I.A., please answer the following questions:

    1.  Did the defendant Rapice prove by a preponderance of the evidence that it was reasonable for him to predict that the plaintiff's January 7, 1999 letter would cause or had the potential to cause disruption in the workplace?

        YES _____                  NO ✓

    2.  Did the defendant Rapice prove by a preponderance of the evidence that the plaintiff's suspension or termination were not in retaliation for the plaintiff's January 7, 1999 letter but because of the actual disruption or the

potential for disruption in the workplace?

YES ✓                                              NO ____

### III. COMPENSATORY DAMAGES

If your answer to Question I.A. is "Yes," please answer the following question:

What amount of compensatory damages do you award to compensate the plaintiff for the injuries proximately caused by defendant's violation of his First Amendment rights to free speech?

$ 11,700.00

### IV. PUNITIVE DAMAGES

If your answer to Question I.A. is "Yes," please answer the following question:

What amount of punitive damages, if any, do you award?

$ 1,000.00

You have now completed your deliberations. Please sign and date this form.

3 August 2005
Date

_____
Foreperson