UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD M. JOHNSON, SR. | : | |
| | : | |
| VS. | : | NO. 3:00CV1556(DFM) |
| | : | |
| RONALD RAPICE | : | AUGUST 13, 2005 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ATTORNEY FEES

JOHN R. WILLIAMS, a member of the Bar of this Court, makes the following verification upon pains and penalties of perjury:

1. I am the attorney for the plaintiff in this action. Most of the work on the plaintiff's case has been performed by me personally.

2. I personally interviewed the plaintiff when he initially came to my office, I personally was retained by him in writing, I personally drafted the suit in this case, personally opposed the defense motion for summary judgment, personally briefed and argued the plaintiff's appeal to the Second Circuit, personally prepared the Trial Memorandum and personally tried this case.

3. Attached hereto as Exhibit A are the time records of this office, reflecting the time actually expended on this matter. All of the time shown was essential to the victory which the plaintiff has obtained.

4. For several years, my billing rate has been $350 per hour. To my personal knowledge, this is substantially below the hourly rates of other attorneys in Connecticut with my length of litigation experience in this court.

5. I have been a member of the Connecticut Bar since February 13, 1968, and of the Bar of this Court since March 11, 1968. I have been a member of the Bars of the United States Court of Appeals and of the United States Supreme Court since 1971 and 1973, respectively.

_____
JOHN R. WILLIAMS

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was transmitted to John R. Mitola, Esq., Office of the City Attorney, 999 Broad Street, Bridgeport, CT 06604 [mitolj0@ci.bridgeport.ct.us].

_____
JOHN R. WILLIAMS