## TODD JOHNSON vs. GANIM, ET AL.

## TIME RECORDS

| | | |
|---|---|---|
| March 22, 2000 | Meeting with client | 1.0 hour |
| August 13, 2000 | Drafting Complaint | 1.0 hour |
| August 16, 2000 | Correspondence with client | 0.1 hour |
| Sept. 6, 2000 | Preparing Rule 26(f) Report | 0.6 hour |
| | Correspondence with defense counsel | 0.1 hour |
| April 5, 2001 | Status conference in Hartford + travel | 2.0 hours |
| May 16, 2001 | Preparing motion for extension of time | 0.2 hour |
| | Correspondence with client | 0.1 hour |
| June 25, 2001 | Preparing discovery responses | 3.0 hours |
| August 17, 2001 | Plaintiff's deposition + travel (DGT) | 3.0 hours |
| August 28, 2001 | Correspondence with client | 0.1 hour |
| Sept. 4, 2001 | Correspondence with client | 0.1 hour |
| Sept. 7, 2001 | Correspondence with client | 0.1 hour |
| Sept. 26, 2001 | Correspondence with client | 0.1 hour |
| Oct. 3, 2001 | Preparing motion to continue jury selection | 0.2 hour |
| Oct. 13, 2001 | Correspondence with client | 0.1 hour |
| Nov. 1, 2001 | Pretrial conference in Hartford + travel | 2.0 hours |
| Nov. 2, 2001 | Correspondence with client | 0.1 hour |
| Nov. 7, 2001 | Correspondence with client | 0.1 hour |
| January 12, 2002 | Correspondence with client | 0.1 hour |
| Feb. 4, 2002 | Preparing motion for extension of time | 0.2 hour |
| Feb. 24, 2002 | Preparing motion for extension of time | 0.2 hour |
| March 9, 2002 | Correspondence with client | 0.1 hour |
| March 17, 2002 | Preparing motion for extension of time | 0.2 hour |
| March 24, 2002 | Preparing opposition to summary judgment | 4.5 hours |
| April 1, 2002 | Correspondence with client | 0.1 hour |
| April 17, 2002 | Correspondence with defense counsel | 0.1 hour |
| May 15, 2002 | Correspondence with client | 0.1 hour |
| June 1, 2002 | Correspondence with client | 0.1 hour |
| June 3, 2002 | Correspondence with client | 0.1 hour |
| June 13, 2002 | Correspondence with client | 0.1 hour |
| July 16, 2002 | Oral argument on summary judgment + travel | 2.0 hours |
| August 9, 2002 | Reviewing summary judgment ruling and preparing objection thereto | 1.3 hours |
| | Correspondence with client | 0.1 hour |
| Sept. 16, 2002 | Correspondence with client | 0.1 hour |
| Oct. 2, 2002 | Preparing appeal | 0.6 hour |

| Date | Description | Time |
|---|---|---|
| Oct. 12. 2002 | Preparing Index to Record on Appeal | 1.0 hour |
| Oct. 17, 2002 | Correspondence with defense counsel | 0.1 hour |
| March 10, 2003 | Preparing appeal brief and appendix | 5.7 hours |
|  | Correspondence with client | 0.1 hour |
| March 11, 2003 | Correspondence with client | 0.1 hour |
| May 19, 2003 | Correspondence with client | 0.1 hour |
| June 25, 2003 | Preparing for oral argument | 2.0 hours |
| June 26, 2003 | Oral argument in 2nd Cir. + travel | 9.0 hours |
| Sept. 9, 2003 | Correspondence with client | 0.1 hour |
| Sept. 19, 2003 | Correspondence with client | 0.1 hour |
| June 22, 2004 | Preparing Trial Memorandum | 3.0 hours |
| July 28, 2004 | Correspondence with client | 0.1 hour |
| April 27, 2005 | Status Conference + Travel | 2.3 hours |
| May 1, 2005 | Correspondence with client | 0.1 hour |
| May 21, 2005 | Correspondence with client | 0.1 hour |
| May 22, 2005 | Correspondence with client | 0.1 hour |
| May 29, 2005 | Correspondence with defense counsel | 0.1 hour |
| July 3, 2005 | Preparing application for habeas corpus | 0.3 hour |
| July 20, 2005 | Meeting with client and witnesses | 2.3 hours |
| July 25, 2005 | Dr. Opsahl deposition + travel (JMM) | 3.0 hours |
| July 26, 2005 | Jury selection, final pretrial conference, travel, meeting with client | 7.0 hours |
| July 29, 2005 | Meeting with client | 1.3 hours |
| August 2, 2005 | Trial, meeting with client, travel | 7.5 hours |
|  | Reviewing proposed jury charge and Preparing proposed jury interrogatories | 1.0 hour |
| August 3, 2005 | Trial, meeting with client, travel | 10.5 hours |
| August 6, 2005 | Correspondence with client | 0.1 hour |
| August 12, 2005 | Preparing brief in opposition to Rule 50 motion | 3.4 hours |
| August 13, 2005 | Preparing attorney fee application | 1.4 hours |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL TIME = 85.9 hours**

**@ $350/hour = $30,065.00**