UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 MAR 30 P 3: 32

| | |
|---|---|
| TODD M. JOHNSON, SR. | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:00CV1556 (DFM) |
| JOSEPH GANIM, RON RAPICE, CITY OF BRIDGEPORT, | : |
| Defendants. | : |

## JUDGMENT

This action came to trial before a jury and the Honorable Donna F. Martinez, United States Magistrate Judge. The issues having been tried and the jury having returned a Verdict in the favor of the Plaintiff, and

The Honorable Donna F. Martinez having considered the full record of the case including applicable principles of law, and having filed orders on March 30, 2007 denying the Defendant's Motions for Judgment as a Matter of Law (docs. # 72 & # 80) and granting the Plaintiff's Motion for Attorney's Fees (doc. # 81) it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the Plaintiff in the amount of $12,700, plus $25,770 in attorney's fees.

Dated at Hartford, Connecticut, this 30th day of March, 2007.

KEVIN F. ROWE, CLERK

BY_____
Robert K. Wood
Deputy Clerk